KATHRYN HEWLETT, Respondent, v. NATIONAL SURETY CORPORATION, Appellant. — The trial court held that there is no substantial proof in the case which would justify a holding that the chattel mortgage was actually fraudulent, and also held the inference warranted that the chattel mortgage was in place of a chattel mortgage for the same amount, previously given by the husband to one Benjamin S. Tupper, " which was paid or acquired." Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of BENJAMIN CARSON for the Examination of Voting Machines and for the Correction of Certain Errors and Discrepancies Appearing Thereon, Pursuant to the Provisions of the Election Law of the State of New York, and for Other Relief Therein Provided. BENJAMIN CARSON, Petitioner, Appellant; FRED BONACKER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.